**No. P68/174.**—Durst Industries, Inc. *v.* United States, protests 65/11684, 65/12596, and 65/18476 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of hose nozzles in chief value of zinc similar in all material respects, except for composition, to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), and that the items marked "B" consist of shutoff connections, gooseneck connections, snap attachments, or Siamese shutoffs in chief value of zinc similar in all material respects to the merchandise the subject of said C.A.D. 859, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 26, 1968

**No. P68/175.**—Ungar Electric Tools, Inc. *v.* United States, protest 61/8917 (Los Angeles).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

**No. P68/176.**—Morris Friedman and Morris Friedman & Co. *v.* United States, protests 61/6602 and 64/24364 (Philadelphia).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.